**FILED**

UNITED STATES COURT OF APPEALS

APR 27 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JOHN THAT LUONG, AKA Cuong Quoc Dao, AKA John Dao, AKA Duong, AKA Johnny, AKA That Luong, AKA Ah Sing, AKA Ah Sinh, AKA Thang, AKA Thanh, AKA Tony, Defendant - Appellant. | No. 15-15777 D.C. Nos. 4:12-cv-05039-JSW 3:96-cr-00094-JSW-01 Northern District of California, San Francisco ORDER |

Appellant's motion for an extension of time to file a request for a certificate of appealability is granted. Any request for a certificate of appealability is due by May 22, 2015.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Mark Sommer
Deputy Clerk